

**FILED**

12/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0585



**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**THE OFFICE OF THE CLERK OF SUPREME COURT**
**HELENA, MONTANA 59620-3003**

Supreme Court No.
DA 22-0585

TIMOTHY J. WHALEN,

    Plaintiff and Appellant,

and ELIZABETH BRIDGES,

    Plaintiff,

    v.

BEARTOOTH ELECTRIC CO-OP, INC.,

    Defendant and Appellee.

**FILED**

DEC 2 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until January 30, 2023, to prepare, file, and serve the Appellant's brief.

DATED this December 29, 2022

_____
Bowen Greenwood
Clerk of the Supreme Court

c:    Timothy Joseph Whalen, Maxon R. Davis, Geoffrey R. Keller